UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JANICE LYNETTE CROSS,

        Plaintiff,

v.                                                                          Case No. 1:15-cv-522
                                                                            Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42

U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined

in the Opinion.

**IT IS SO ORDERED.**


Dated:  September 30, 2016                         /s/ Ray Kent_____
                                                  RAY KENT
                                                  United States Magistrate Judge